In The
 Court of Appeals
 Seventh District of Texas at Amarillo

--------------------------------------------------------------------------------
No. 07-13-00169-CR
 
 MICHAEL RAY TREVINO, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 
--------------------------------------------------------------------------------
On Appeal from the 140th District Court
--------------------------------------------------------------------------------
Lubbock County, Texas
--------------------------------------------------------------------------------
Trial Court No. 2012-435,442, Honorable Jim Bob Darnell, Presiding 
 
 February 3, 2014
 
 ON ABATEMENT AND REMAND
 
 Before bQUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 
Michael Ray Trevino, appellant, appeals his conviction for aggravated assault. Appellant timely perfected his appeal. The clerk's record was filed on August 30, 2013, and the reporter's record on September 30, 2013. After two requests for extension of time to file appellant's brief, the brief was due January 6, 2014. On January 14, 2014, appellant's counsel was notified by letter that the brief was overdue and that unless appellant's brief was filed on or before January 24, 2014, the appeal would be abated. To date no brief nor extension of time to file the brief has been filed.
Accordingly, we abate this appeal and remand the cause to the 140th District Court of Lubbock County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:
1. whether appellant desires to prosecute the appeal; 
 2. whether appellant is indigent;
* whether appellant has been denied the effective assistance of counsel due to counsel's failure to file a timely appellate brief; and,

4. why a timely appellate brief has not been filed on behalf of appellant.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by March 5, 2014. If it is determined that appellant is indigent and has been denied the effective assistance of counsel, the trial court may appoint him new counsel; the name, address and phone number of any new counsel appointed shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before March 5, 2014. 
It is so ordered.
 Per Curiam
Do not publish.